**Run Date:  03/26/09**

**Run Time:  1:43:20 pm**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF**
**CALIFORNIA**
**SAN FRANCISCO DIVISION**

**Page 1**

---

## Case Account Ledgers - Summary

| | | | |
|---|---|---|---|
| **Case Number:** | 5:02CR20150-RMW | **Case Title:** | US V JOHN MCFARLANE |
| **Party Information:** | MCFARLJOHN | MCFARLANE, JOHN | |

| **Account Type** | **Beginning Balance** | **CurrentBalance** |
|---|---|---|
| Special Assess-Ledg | $100.00 | $0.00 |

---

SPECIAL ASSESSMENT CLOSED
DUE TO STATUTE OF LIMITATION
ON_____ 6-5-07

$ -0- ___ PAID

$ 100.00 BALANCE OUTSTANDING